1  BONONI LAW GROUP, LLP
   Vincent Calderone (State Bar No. 164672)
2  Anne S. Kelson (State Bar No. 257851)
   915 Wilshire Boulevard, Suite 1950
3  Los Angeles, California 90017
   Telephone: (213) 553-9200
4  Facsimile:  (213) 553-9215
   vcalderone@bononilawgroup.com
5  akelson@bononilawgroup.com

6  Attorneys for Plaintiff
   Glory Jackson
7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12
   GLORY JACKSON, an individual      ) **Case No. 2:10-cv-07321-MMM-**
13                                   ) **FMO**
           Plaintiff,                )
14                                   ) **[PROPOSED] ORDER**
       vs.                           ) **DISMISSING ACTION WITH**
15                                   ) **PREJUDICE PURSUANT TO**
   FIRST CITIZENS BANCSHARES, INC.,) **RULE 41(a) OF THE FEDERAL**
16 a Delaware corporation; FIRST     ) **RULES OF CIVIL PROCEDURE**
   CITIZENS BANK, an unknown entity; )
17 and DOES 1 through 50, inclusive, )
                                     )
18        Defendants.                )
   _____    )
19

**BONONI LAW GROUP, LLP**

1 | Pursuant to the stipulation of the Parties, Plaintiff's Complaint and this
2 | entire action hereby is dismissed with prejudice. Each party shall bear her and its
3 | own attorneys' fees and costs in connection with the prosecution and defense of
4 | this action.

5 | **IT IS SO ORDERED.**

7 | Dated: November 2, 2010

*Margaret M. Morrow*
_____
HON. MARGARET M. MORROW,
UNITED STATES DISTRICT COURT

_____

BONONI LAW GROUP, LLP

2